432 A.2d 256

Patrick and Wilkins et al., Appellants v.
Reliance Insurance Co. et al.

Petition for Allowance of Appeal Granted July 22, 1981.

Argued September 8, 1980. Andrew F. Mimnaugh, for appellants; Harry P. Begier, Jr. and M. Stuart Goldin, for appellees.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.